# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2007

133915

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                    SC: 133915
                                                     COA: 261929
                                                     Montmorency CC: 03-000536-FH
ANTHONY BRANT CAROEN,
          Defendant-Appellant.

_____/

        On order of the Court, the application for leave to appeal the March 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

        KELLY, J., would grant leave to appeal.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2007                              _____

s1219                                                   Clerk